IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IZEAL ACKER,

       Appellant,

v.

SHELDON J. VANN,

       Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0073

_____/

Opinion filed August 12, 2016.

An appeal from the Circuit Court for Duval County.
Thomas Beverly, Judge.

Izeal Acker, pro se, Appellant.

Sheldon J. Vann, Jacksonville, for Appellee.


PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., ROWE and MAKAR, JJ., CONCUR.